THE STATE OF OHIO, APPELLEE, *v.* SAILORS, APPELLANT.

[Cite as *State v. Sailors* (1996), 77 Ohio St.3d 147.]

(No. 95–1002—Submitted October 15, 1996—Decided December 11, 1996.)

*Martin Frantz,* Wayne County Assistant Prosecuting Attorney, for appellee.

*Thomas Lee Sailors, pro se.*

---

*Per Curiam.* We affirm the judgment of the court of appeals for the reasons stated in its judgment entry.

*Judgment affirmed.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and STRATTON, JJ., concur.